JOHN O'NEIL, Appellant, v. THOMAS H. KARR, Respondent.

*O'Neil* v. *Karr*, 115 App. Div. 881, affirmed.
(Argued October 23, 1907; decided November 19, 1907.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered November 15, 1906, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term in an action to recover for personal injuries alleged to have been caused by defendant's negligence.

*George B. Wellington* and *Owen D. Connolly* for appellant.

*Thomas S. Fagan* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, O'BRIEN, VANN, WERNER and WILLARD BARTLETT, JJ. Not sitting: CHASE, J.